UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LENELDON GALLOWAY                                          PLAINTIFF

VS.                                 CIVIL ACTION NO. 3:08CV218TSL-JCS

BOND, BOTES & STOVER, P.C. AND
WILLIAM A. GRAFTON, INDIVIDUALLY                          DEFENDANTS

<u>JUDGMENT</u>

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 27th day of October, 2008.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE